IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WENDER JORGE CORTES-CANTILLO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 322-129 |
| ) | |
| WARDEN, FCI YAZOO CITY MEDIUM, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this petition filed pursuant to 28 U.S.C. § 2241 without prejudice, and **CLOSES** this civil action.

SO ORDERED this 27th day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE